JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9747)
ISAAC WORKMAN, Assistant United States Attorney (No. 14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED U.S. COURT
2019 MAR 20 P 2: 18
DISTRICT OF UTAH
**SEALED**
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER KENT WEBBER,<br><br>Defendant. | **INDICTMENT**<br><br>VIOS.<br>21 U.S.C. § 841(a) –Possession of Controlled Substance with Intent to Distribute, [Count 1];<br>21 U.S.C. § 841(a) –Possession of Controlled Substance with Intent to Distribute, [Count 2].<br>18 U.S.C. § 922(g)(1) –Felon in Possession of Ammunition, [Count 3]. |
|---|---|

The Grand Jury charges:

## COUNT I
21 U.S.C. § 841(a)
(Possession of Controlled Substance with Intent to Distribute)

On or about September 7, 2018 in the Northern Division of the District of Utah,



Case: 1:19-cr-00032
Assigned To : Sam, David
Assign. Date : 3/20/2019
Description: USA v. SEALED

**ROGER KENT WEBBER,**

the defendant herein, did knowingly and intentionally possess with intent to distribute more than (50) fifty grams of methamphetamine, a schedule II controlled substance within in the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1) and 18 USC § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### COUNT II
21 U.S.C. § 841(a)
(Possession of Controlled Substance with Intent to Distribute)

On or about September 7, 2018 in the Northern Division of the District of Utah,

**ROGER KENT WEBBER,**

the defendant herein, did knowingly and intentionally possess with intent to distribute heroin, a schedule II controlled substance within in the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1) and 18 USC § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

### COUNT III
18 U.S.C. § 922(g)(1)
(Felon in Possession of Ammunition)

On or about September 7, 2018 in the Northern Division of the District of Utah,

**ROGER KENT WEBBER,**

defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess and receive in and affecting interstate

commerce .22 caliber Remington, Winchester, CCI, and Federal ammunition in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
BRANDEN B. MILES
Special Assistant United States Attorney